*E-Filed 10/14/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RICHARD EARL GEORGE,

            Plaintiff,

     v.

R. REYNOSO, et al.,

            Defendants.

_____/

No. C 11-2171 RS (PR)

**ORDER OF DISMISSAL**

    This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner.  Plaintiff's complaint was dismissed with leave to file an amended complaint within 30 days.  More than 30 days have passed and plaintiff has not filed an amended complaint. Accordingly, the action is DISMISSED for failure to prosecute under Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED**.

DATED:  October 14, 2011

_____
RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California